## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:03CR232** |
| vs. ) | |
| ) | **ORDER** |
| **RAYMOND DALE KYRAL,** ) | |
| ) | |
| Defendant. ) | |

Defendant Raymond Dale Kyral appeared before the court on Monday, December 14, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [101]. The defendant was represented by CJA Panel Attorney Stuart J. Dornan and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 11, 2010 at 10:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 14th day of December, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge